**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MANUEL RODRIGUEZ CASTRO,         )   NO. CV 14-7923-ODW(AS)
                                 )
                Petitioner,      )
                                 )
        v.                       )        **JUDGMENT**
                                 )
MARION E. SPEARMAN, Warden,      )
                                 )
                Respondent.      )
                                 )
_____)

     Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

          DATED: February 27, 2015.

                                   _____
                                         OTIS D. WRIGHT
                                   UNITED STATES DISTRICT JUDGE